1 | OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
2 | VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor
3 | Oakland, CA 94612-3534
Telephone: (510) 464-6023
4 | Facsimile: (510) 464-6049
Email: vnuetze@BART.gov

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALEXANDER, an individual )  Case No. C 15 - 03225 HSG
)
                    Plaintiff,     )
                                   )  **STIPULATION AND [PROPOSED]**
       v.                          )  **ORDER CONTIUING CASE MAN-**
                                   )  **AGEMENT CONFERENCE**
BAY AREA RAPID TRANSIT DISTRICT, a )
public entity in California,       )
                                   )
                    Defendant.     )
                                   )

   WHEREAS, On or about October 2, 2015, this Court determined that this case was related to **Jerry Ho v. BART, UDSC, Northern District, Action No. 15-1128** and ordered that the matter be reassigned to the Honorable Haywood S. Gilliam;

   WHEREAS, as a result of that reassignment the Case Management Conference previously set for October 16, 2015, was rescheduled for October 20, 2015;

   WHEREAS, Counsel for Defendant BART is currently scheduled to attend an out of town seminar on the date currently set for the Case Management Conference and, because she is the only attorney assigned to this mater, no other attorney can appear in her place;

//

WHEREAS, this is the first Case Management Conference for this matter, and there have been no prior requests to have the matter rescheduled; and

WHEREAS, the Parties have filed a joint Case Management Conference Statement and there are no major issue which require immediate judicial resolution.

NOW THEREFORE, the Parties stipulate as follows:

The Case Management Conference currently scheduled for October 20, 2015 may be continued to October 27th at 2:00 or the next available Case Management Conference date.

Dated: October 13, 2015        Law Offices of John Ota

                               By:    /s/ John Ota
                                      John Ota

                                      and

Dated: October 13, 2015        Law Office of Glicel Sumagaysay

                               By:    /s/Glicel Sumagaysay
                                      Glicel Sumagaysay

Dated: October 13, 2015        Office of the General Counsel
                               San Francisco Bay Area Rapid Transit District

                               By:    /s/ Victoria Nuetzel
                                      Victoria R. Nuetzel
                                      Attorney for Defendant
                                      San Francisco Bay Area Rapid Transit District

**ATTESTATION**

I, Victoria Nuetzel, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                      /s/ Victoria R. Nuetzel

74675v1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE           Case No. C 15-03225 HSG

2

ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, that the Case Management Conference currently scheduled for October 20, 2015 be continued to October 27, 2015 at 2:00 in Courtroom 15

Dated: October 14, 2015

*[signature]*
Hon. Haywood S. Gilliam, JR.
UNITED STATES DISTRICT JUDGE